1

**HOWARD & HOWARD**
**ATTORNEYS PLLC**
David C. Van Dyke (Bar No. 294892)
dvd@h2law.com
200 S. Michigan Ave, Suite 1100
Chicago, IL 60604
Tel:  312-456-3641
Fax: 312-939-5617
*Attorneys for Plaintiff/Counter-Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Full Tilt Boogie, LLC, a Nevada limited liability company, <br><br> Plaintiff/ Counter-Defendant, <br><br> v. <br><br> KEP Fortune, LLC, a Delaware limited liability company, et al., <br><br> Defendant/ Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  2:19-cv-09090-ODW-KES <br><br> **PLAINTIFF/COUNTER-DEFENDANT FULL TILT BOOGIE LLC'S WITNESS LIST** <br><br> Pretrial Conference:  February 23, 2023 <br> Time: 11:30 a.m. <br> Location:  350 West 1st Street <br> Los Angeles, California <br> Courtroom 5D <br> Hon. Otis D. Wright II. <br><br><br> Trial Date: March 7, 2023 <br> Action Filed: October 22, 2019 |

PLAINTIFF/COUNTER-DEFENDANT FULL TILT BOOGIE, LLC'S WITNESS LIST
1

4854-5510-5106, v. 2

# FULL TILT BOOGIES TRIAL WITNESS LIST

| | | | |
|---|---|---|---|
| 1. | James Kirner (Plaintiff) | Live | Will Call |
| 2. | Jeroen Bik (Defendant) | Live | Will Call |
| 3. | Miray Bik (Defendant) | Live | Will Call |
| 4. | 30(b)(6) witness for KEP Fortune, LLC (Defendant) | Live | Will Call |
| 5. | Jefferey Bagalis (Plaintiff's Expert Witness) | Live | Will Call |
| 6. | Evangel Agadaga | Remote | May Call |
| 7. | Josh Hilling | Remote | May Call |
| 8. | Bob Hyde | Remote | May Call |
| 9. | Michael Rapske | Remote | May Call |
| 10. | Dawn Greenwell | Remote | May Call |
| 11. | Russel Kinsey, Esq. | Remote | May Call |

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

Dated: February 21, 2023

By: */s/ David C. Van Dyke*
David C. Van Dyke (Bar No. 294892)
dvd@h2law.com
200 S. Michigan Ave. Suite 1100
Chicago, IL 60604
Tel:  312-456-3641
Fax: 312-939-5617

*Attorneys for Plaintiff/Counter-Defendant*

4854-5510-5106, v. 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

**THE UNDERSIGNED** certifies that the foregoing instrument was served upon all parties in the above cause, on February 21, 2023, to each of the attorneys of record herein at their respective e-mail addresses disclosed on the pleadings.

I declare that the statements above are true to the best of my information, knowledge, and belief.

By:   */s/ David C. Van Dyke*
David C. Van Dyke (Bar No. 294892)
dvd@h2law.com
200 S. Michigan Ave. Suite 1100
Chicago, IL 60604
Tel:  312-456-3641
Fax: 312-939-5617

4854-5510-5106, v. 2