O

# United States District Court
# Central District of California

| | |
|---|---|
| FULL TILT BOOGIE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEP FORTUNE, LLC, et al.,<br><br>　　　　　Defendants. | Case № 2:19-cv-09090-ODW (KESx)<br><br>**ORDER RE PRETRIAL CONFERENCE;**<br><br>**ORDER DISCHARGING OSC [259]; AND**<br><br>**ORDER GRANTING MOTION AND REQUESTS TO WITHDRAW [255][256][257];** |

　　　On February 23, 2023, the parties appeared for a Final Pretrial Conference and hearing on Defendants' counsel's motion and requests to withdraw as counsel. For the reasons and as stated on the record, **IT IS HEREBY ORDERED**:

　　　The Court's Order to Show Cause, (ECF No. 259), is **DISCHARGED** as to Plaintiff Full Tilt Boogie, LLC and Defendants KEP Fortune, LLC, Jeroen Bik, and Miray Bik.  The Court **GRANTS** Defendants' counsel's motion to withdraw as counsel for KEP, (ECF No. 255), and requests to withdraw as counsel for Jeroen Bik and Miray Bik, (ECF Nos. 256, 257).  The clerk is hereby ordered to terminate

1  Notices of Electronic Filing for the withdrawing attorneys, Stephanie C. Goldstein and
2  Zachary D. Schorr of Schorr Law, in this case.

3        Defendant KEP's Answer is **STRICKEN**.  The clerk is directed to **ENTER
4  DEFAULT against KEP**.  At the hearing, Plaintiff expressed an intent to move for
5  default judgment against KEP.  Plaintiff must do so within thirty (30) days from
6  today's date.  Failure to strictly comply with this time limitation may result in the
7  Court dismissing Plaintiff's remaining claims against KEP.

8        In light of the default entered against KEP, **Plaintiff is directed to file an
9  Amended Proposed Pretrial Conference Order by March 2, 2023**, identifying
10 Plaintiff's claims for trial against Defendants Jeroen Bik and Miray Bik.  Plaintiff
11 should meet and confer with Defendants Jeroen Bik and Miray Bik regarding any
12 contributions to this amended document.

13       The Court **GRANTS** the parties' requests to amend their respective exhibit and
14 witness lists, to narrow the exhibits and witnesses for trial.  In preparing these lists and
15 the parties' evidence for trial, the parties are reminded of the orders entering discovery
16 sanctions in this case, and specifically of the Court's orders accepting the Reports and
17 Recommendations of Magistrate Judge Scott at ECF Nos. 80 and 175.

18
19     **IT IS SO ORDERED.**
20
21     February 23, 2023
22
23                                          _____
24                                            **OTIS D. WRIGHT, II
25                                 UNITED STATES DISTRICT JUDGE**
26
27
28