1
2
3
4
5
6
7
8
9
10

**O**
**JS-6**

# United States District Court
# Central District of California

11   FULL TILT BOOGIE, LLC,

12                    Plaintiff,

13        v.

14   KEP FORTUNE, LLC et al.,

15                    Defendants.

16

Case No. 2:19-cv-09090-ODW (KESx)

**FINAL JUDGMENT**

17        Pursuant to the Court's Order Granting Plaintiff Full Tilt Boogie, LLC's Motion

18   for Default Judgment against Defendant KEP Fortune, LLC, (ECF No. 293), and the

19   Court's Order Granting in Part and Denying in Part the parties' summary judgment

20   cross motions, (ECF No. 233), it is therefore **ORDERED, ADJUDGED, and**

21   **DECREED** as follows:

22        1.        Defendants KEP Fortune, LLC, Jeroen Bik, and Miray Bik shall have

23   **JUDGMENT** in their favor on Plaintiff's claims for fraudulent misrepresentation,

24   fraudulent omission, negligent misrepresentation, violation of the Nevada Deceptive

25   Trade Practices Act, and intentional interference with contractual relations;

26        2.        Counter Defendants Full Tilt Boogie, LLC and James Kirner shall have

27   **JUDGMENT** in their favor on Counter Claimants KEP Fortune, LLC, Jeroen Bik,

28   and Miray Bik's counterclaims for breach of contract, accounting, injunctive relief,

conversion, unfair competition, and breach of the covenant of good faith and fair dealing;

3.   Plaintiff Full Tilt Boogie, LLC shall have **JUDGMENT** in its favor against Defendant KEP Fortune, LLC on Plaintiff's claims for violation of the California Franchise Investment Law and rescission of the franchise agreement;

4.   The Court **AWARDS** Full Tilt $1,020,514.00 in rescission damages and $49,000.00 in punitive damages, jointly and severally against Defendants KEP Fortune, LLC, Jeroen Bik, and Miray Bik; and

5.   The Court **DISMISSES WITH PREJUDICE** all remaining claims.

All remaining dates are **VACATED**.   The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 21, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**