```
                                                                    O
                                                                 JS-6
```

# United States District Court
# Central District of California

| | |
|---|---|
| FULL TILT BOOGIE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>KEP FORTUNE, LLC et al.,<br><br>        Defendants. | Case No. 2:19-cv-09090-ODW (KESx)<br><br>**AMENDED FINAL JUDGMENT** |

      Pursuant to Federal Rule of Civil Procedure 60(a), the Court sua sponte amends the Final Judgment, (ECF No. 294), as follows.

      Pursuant to the Court's Order Granting Plaintiff Full Tilt Boogie, LLC's Motion for Default Judgment against Defendant KEP Fortune, LLC, as amended, (ECF No. 293), the Court's Order Granting in Part and Denying in Part the parties' summary judgment cross motions, (ECF No. 233), and the Court's order denying the parties' post-judgment motions, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

      1.    Defendants KEP Fortune, LLC, Jeroen Bik, and Miray Bik shall have **JUDGMENT** in their favor on Plaintiff's claims for fraudulent misrepresentation, fraudulent omission, negligent misrepresentation, violation of the Nevada Deceptive Trade Practices Act, and intentional interference with contractual relations;

2. Counter Defendants Full Tilt Boogie, LLC and James Kirner shall have **JUDGMENT** in their favor on Counter Claimant KEP Fortune, LLC's counterclaims for breach of contract, accounting, injunctive relief, conversion, unfair competition, and breach of the covenant of good faith and fair dealing;

3. Plaintiff Full Tilt Boogie, LLC shall have **JUDGMENT** in its favor against Defendants KEP Fortune, LLC, Jeroen Bik, and Miray Bik on Plaintiff's claims for violation of the California Franchise Investment Law;

4. Plaintiff Full Tilt Boogie, LLC shall have **JUDGMENT** in its favor against Defendant KEP Fortune, LLC on Plaintiff's claim for rescission of the franchise agreement;

5. The Court **AWARDS** Full Tilt Boogie, LLC $1,020,514.00 in rescission damages and $49,000.00 in punitive damages against Defendant KEP Fortune, LLC;

6. Defendants Jeroen Bik and Miray Bik are jointly and severally liable with and to the same extent as KEP Fortune, LLC for violations of the California Franchise Investment Law;

7. Defendants Jeroen Bik and Miray Bik are therefore jointly and severally liable with Defendant KEP Fortune, LLC for damages awarded to Plaintiff Full Tilt Boogie, LLC and against KEP Fortune; LLC; and

8. The Court **DISMISSES WITH PREJUDICE** all remaining claims.

All remaining dates are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 3, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**